UNITED STATES DISTRICT COURT EASTERN DISTRICT OF PENNSYLVANIA
U.S. COURTHOUSE
INDEPENDENCE MALL WEST
601 MARKET STREET PHILADELPHIA, PA 19106-1797

5/28/2026

Geoffrey H. Baskerville
Francis Mailman Soumilas, P.C.
PNC Building
25th Floor
1600 Market Street
Philadelphia, PA 19103

RE: Jamila Sitinson v. Trans Union LLC, et al

CIVIL ACTION NO: 26-1807

Dear Mr. Baskerville:

A review of the Court's records shows Jamila Stinson has not served the complaint on Defendant Rocket Mortgage LLC in the above-captioned action.

To eliminate a delay in bringing this case to trial, service must be made by June 18, 2026 in accordance with Rule 4 of the Federal Rules of Civil Procedure. Proof of service must be filed with the Clerk's Office within five days of service. If service is not made within the time set forth above, the court will dismiss the complaint without prejudice for lack of prosecution.

Very truly yours,

s/Ulrike Bower
Ulrike Bower
Deputy Clerk to Judge Kearney