## United States District Court for the Eastern District of Pennsylvania

**jamila Stinson**

**CASE NO. 26-1807**

vs.

<u>**AFFIDAVIT OF SERVICE**</u>

**Trans Union LLC, et al.**

_____/

Commonwealth of Pennsylvania
County of Dauphin    ss:

I, **John Shinkowsky**, a competent adult, being duly sworn according to law, depose and say that at **2:29 PM** on **06/04/2026**, I served **Rocket Mortgage LLC d/b/a Mr. Cooper** at **CT Corporation, 600 North 2nd Street, Suite 401, Harrisburg, PA 17101** in the manner described below:

☐　　　Subject personally served.

☐　　　Adult family member with whom said Subject resides.
　　　　Relationship is _____.

☐　　　Adult in charge of Subject's residence who refused to give name and/or relationship.

☐　　　Manager/Clerk of place of lodging in which Subject resides.

☐　　　Agent or person in charge of Subject's office or usual place of business.

☑　　　<u>**Tina Crisanti,**</u> who is the <u>**Intake Specialist**</u> of said entity.

☐　　　Other:

a true and correct copy of **Summons in a Civil Action; Complaint; Waiver of the Service of Summons** issued in the above captioned matter.

Description:
Sex: **Female** Skin: **White** Age: **60** Hair: **White** Height: **5ft 07in** Weight: **160 lbs**

Sworn to and subscribed before me this
4th day of June .2026.

_____
Notary Public

X_____
John Shinkowsky
Shinkowsky Investigations
PO Box 126538
Harrisburg, PA 17112
(800) 276-0202
Atty File#: - Our File#: **93871**

> Commonwealth of Pennsylvania - Notary Seal
> Chad Spotts, Notary Public
> Dauphin County
> My commission expires April 19, 2029
> Commission number 1248992

Law Firm: **Francis Mailman Soumilas, P.C.**
Address: **1600 Market Street, Suite 2510, Philadelphia, PA 19103**
Telephone: **(215) 398-1716**

