# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

JAMILA STINSON,

       **Plaintiff,**

   v.

**TRANS UNION, LLC,
EXPERIAN INFORMATION
SOLUTIONS, INC., EQUIFAX
INFORMATION SERVICES LLC;
ROCKET MORTGAGE LLC doing
business as**
       **Defendants.**

Civil Action No. 2:26-cv-01807-MAK

## CORPORATE DISCLOSURE STATEMENT OF
## EXPERIAN INFORMATION SOLUTIONS, INC.

The undersigned, counsel of record for Experian Information Solutions, Inc. ("Experian"), hereby certifies pursuant to Fed. R. Civ. P. 7.1 that the following listed parties have a direct, pecuniary interest in the outcome of this case. This certification is made to enable the Court to evaluate possible disqualification or recusal:

1.    Experian is a non-governmental corporate entity.

2.    Parent Companies: The ultimate parent company of Experian is Experian plc.

3.    Subsidiaries Not Wholly Owned: The following companies are the US-based subsidiaries of Experian plc that are not wholly owned and are not publicly traded:

    (a)    Central Source LLC

    (b)    Online Data Exchange LLC

    (c)    New Management Services LLC

    (d)    VantageScore Solutions LLC

- 1 -

- 2 -

(e)    Opt-Out Services LLC

4.    Publicly Held Companies:  Experian plc indirectly owns 100 percent of Experian. Experian plc is registered as a public company in Jersey, Channel Islands, and is publicly traded on the London Stock Exchange.

Dated:  June 15, 2026                Respectfully submitted,

                                                 */s/ Mohammad Ghiasuddin*
                                                 Mohammad Ghiasuddin, Esquire (Pa. 83925)
                                                 MARGOLIS EDELSTEIN
                                                 The Curtis Center
                                                 170 S Independence Mall W, Suite 400E
                                                 Philadelphia PA  19106-3337
                                                 Telephone: 215-931-5802
                                                 Facsimile: 215-922-1772
                                                 mghiasuddin@margolisedelstein.com

                                                 *Counsel for Defendant*
                                                 *Experian Information Solutions, Inc.*

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on the date stated below, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF.  I also certify that the foregoing document is being served this day on counsel of record via transmission of Notices of Electronic Filing generated by CM/ECF.

Dated: June 15, 2026

Respectfully submitted,

*/s/ Mohammad Ghiasuddin*
Mohammad Ghiasuddin, Esquire (Pa. 83925)
MARGOLIS EDELSTEIN
The Curtis Center
170 S Independence Mall W, Suite 400E
Philadelphia PA  19106-3337
Telephone: 215-931-5802
Facsimile: 215-922-1772
mghiasuddin@margolisedelstein.com

*Counsel for Defendant*
*Experian Information Solutions, Inc.*