IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| JAMILA STINSON,<br><br>   Plaintiff,<br><br>  v.<br><br>TRANS UNION, LLC, EXPERIAN INFORMATION SOLUTIONS, INC., EQUIFAX INFORMATION SERVICES, LLC, and ROCKET MORTGAGE LLC, d/b/a MR. COOPER,<br><br>   Defendants. | Case No. 2:26-cv-01807-MAK |

## NOTICE OF APPEARANCE

PLEASE TAKE NOTICE THAT Beatrice D. Segal, of the firm Clark Hill PLC, hereby

enters her appearance as counsel of record on behalf of Defendant Equifax Information Services,

LLC.

Dated: June 15, 2026

Respectfully submitted,

**CLARK HILL PLC**

*/s/ Beatrice D. Segal*
Beatrice D. Segal, PA ID # 332192
Two Commerce Square
2001 Market St, Suite 2620
Philadelphia, PA 19103
Tel: (215) 640-8419
Fax: (215) 640-8501
bsegal@clarkhill.com
*Counsel for Defendant,*
*Equifax Information Services, LLC*

## <u>CERTIFICATE OF SERVICE</u>

This is to certify that I have this day electronically filed a true and correct copy of the foregoing with the Clerk of the Court using the ECF system, which will send notification of such filing to all counsel of record.

Dated:    June 15, 2026

*/s/ Beatrice D. Segal*
Beatrice D. Segal