**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| JAMILA STINSON,<br><br>   Plaintiff,<br><br>  v.<br><br>TRANS UNION, LLC, EXPERIAN INFORMATION SOLUTIONS, INC., EQUIFAX INFORMATION SERVICES LLC, and SYNCHRONY BANK,<br><br>   Defendants. | Case No. 2:26-cv-01807-MAK<br><br>Rule 7.1 Disclosure Statement of Defendant Equifax Information Services, LLC |

**DISCLOSURE STATEMENT OF DEFENDANT EQUIFAX INFORMATION SERVICES, LLC PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 7.1**

Defendant Equifax Information Services, LLC ("Equifax"), by and through its undersigned attorneys, and pursuant to Fed. R. Civ. P. 7.1, states that Equifax is a wholly-owned company of Equifax Inc., which is a publicly traded company on the NYSE. No other entity owns 10% or more of Equifax's stock.

Dated: June 15, 2026      Respectfully submitted,

               **CLARK HILL PLC**

               */s/ Beatrice D. Segal*
               Beatrice D. Segal, PA ID # 332192
               Two Commerce Square
               2001 Market St, Suite 2620
               Philadelphia, PA 19103
               Tel: (215) 640-8419
               Fax: (215) 640-8501
               bsegal@clarkhill.com
               *Counsel for Defendant,*
               *Equifax Information Services, LLC*

## **CERTIFICATE OF SERVICE**

This is to certify that I have this day electronically filed a true and correct copy of the foregoing with the Clerk of the Court using the ECF system, which will send notification of such filing to all counsel of record.

Dated:    June 15, 2026                                    */s/ Beatrice D. Segal*
                                                          Beatrice D. Segal