IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| JAMILA STINSON | : CIVIL ACTION |
| | : |
| v. | : NO. 26-1807 |
| | : |
| EXPERIAN INFORMATION | : |
| SOLUTIONS, INC., EQUIFAX | : |
| INFORMATION SERVICES LLC, | : |
| ROCKET MORTGAGE LLC | : |

## ORDER

AND NOW, this 16th day of June 2026, it having been reported Plaintiff's claims as to

Trans Union, LLC have been settled, it is ORDERED:

1.      Plaintiff's claims against Trans Union, LLC only are **DISMISSED WITH**

**PREJUDICE** under Local Rule of Civil Procedure 41.1(b);[1] and,

2.      The Clerk of Court shall **amend** the caption as above.

_____
KEARNEY, J.

---

[1] Local Rule 41.1(b) provides:

[a]ny such order of dismissal may be vacated, modified, or stricken from the record, for cause shown, upon the application of any party served within ninety (90) days of the entry of such order of dismissal, provided the application of the ninety-day time limitation is consistent with Federal Rule of Civil Procedure 60(c).