**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| JAMILA STINSON, ) | Case No. 2:26-cv-01807-MAK |
| Plaintiff, ) | |
| v. ) | |
| TRANS UNION, LLC, EXPERIAN INFORMATION SOLUTIONS, INC., EQUIFAX INFORMATION SERVICES LLC, and ROCKET MORTGAGE LLC, d/b/a MR. COOPER, ) | |
| Defendants. ) | |

**ENTRY OF APPEARANCE**

TO THE CLERK OF THE COURTS:

Kindly enter the appearance of Sean M. Craig as counsel on behalf of Defendant Rocket Mortgage, LLC d/b/a Mr. Cooper, in the above-captioned matter.

Dated:  June 26, 2026                    Respectfully submitted,

By: */s/ Sean M. Craig*
Sean M. Craig (PA I.D. 331672)
TROUTMAN PEPPER LOCKE LLP
3000 Two Logan Square
Eighteenth and Arch Streets
Philadelphia, PA 19103-2799
(215) 981-4000 (Telephone)
(215) 754-4750 (Fax)
Sean.Craig@Troutman.com

*Attorneys for Defendant Rocket Mortgage LLC
d/b/a Mr. Cooper*

1

## CERTIFICATE OF SERVICE

I hereby certify that on this 26th day of June 2026, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will then send a notification of such filing to all counsel of record.

By: */s/ Sean M. Craig*
Sean M. Craig (PA I.D. 331672)