**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| JAMILA STINSON, ) | ) Case No. 2:26-cv-01807-MAK |
| Plaintiff, ) | |
| ) | |
| v. ) | |
| ) | |
| TRANS UNION, LLC, EXPERIAN ) | |
| INFORMATION SOLUTIONS, INC., ) | |
| EQUIFAX INFORMATION SERVICES ) | |
| LLC, and ROCKET MORTGAGE LLC, ) | |
| d/b/a MR. COOPER, ) | |
| ) | |
| Defendants. ) | |
| ) | |

**DEFENDANT ROCKET MORTGAGE LLC d/b/a MR. COOPER'S CORPORATE
DISCLOSURE STATEMENT**

Pursuant to Fed. R. Civ. P. 7.1, Defendant Rocket Mortgage, LLC d/b/a Mr. Cooper discloses that it is a Michigan limited liability company wholly owned by Rocket Limited Partnership, a Michigan limited partnership. Rocket Limited Partnership is owned by Rocket GP, LLC, a Michigan limited liability company and Rocket LP, LLC, a Michigan limited liability company. Rocket Companies, Inc., a Delaware corporation, is the sole member of Rocket GP, LLC and of Rocket LP, LLC. Rocket Mortgage, LLC is not a publicly traded company. No publicly-held corporation owns 10 percent or more of the stock of Rocket Mortgage, LLC.

1

Dated:  June 26, 2026        Respectfully submitted,

By: */s/ Sean M. Craig*
Sean M. Craig (PA I.D. 331672)
TROUTMAN PEPPER LOCKE LLP
3000 Two Logan Square
Eighteenth and Arch Streets
Philadelphia, PA 19103-2799
(215) 981-4000 (Telephone)
(215) 754-4750 (Fax)
Sean.Craig@Troutman.com

*Attorneys for Defendant Rocket Mortgage LLC*
*d/b/a Mr. Cooper*

2

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on this 26th day of June 2026, I electronically filed the foregoing with

the Clerk of the Court using the CM/ECF system, which will then send a notification of such filing

to all counsel of record.

By: */s/ Sean M. Craig*
Sean M. Craig (PA I.D. 331672)