**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| JAMILA STINSON, ) | |
| ) | Case No. 2:26-cv-01807-MAK |
| Plaintiff, ) | |
| ) | |
| v. ) | |
| ) | |
| TRANS UNION, LLC, EXPERIAN ) | |
| INFORMATION SOLUTIONS, INC., ) | |
| EQUIFAX INFORMATION SERVICES ) | |
| LLC, and ROCKET MORTGAGE LLC, ) | |
| d/b/a MR. COOPER, ) | |
| ) | |
| Defendants. ) | |
| ) | |

**JOINT STIPULATION FOR EXTENSION TO
RESPOND TO PLAINTIFFS' COMPLAINT**

Rocket Mortgage, LLC d/b/a Mr. Cooper ("Rocket Mortgage") and Plaintiff Jamila Stinson ("Plaintiff") (collectively, the "Parties"), hereby agree to a 30-day extension of time, up to and including July 27, 2026, for Rocket Mortgage to respond to Plaintiff's Complaint. In support thereof, the Parties state as follows:

1. Rocket Mortgage was served with the Complaint on June 4, 2026. Under the Federal Rules of Civil Procedure, Rocket Mortgage's response to the Complaint would have been due on June 25, 2026.

2. On June 25, 2026, Counsel for Rocket Mortgage conferred with Counsel for Plaintiff, regarding the timing of Rocket Mortgage's response to the Complaint. Plaintiff's Counsel consented to an extension of time to July 27, 2026.

3. The relief requested herein is for good cause and will not result in undue delay in the administration of this case as it is in the preliminary stages. An extension is necessary and

1

desirable to allow Rocket Mortgage sufficient time to investigate Plaintiff's claims, as counsel for Rocket Mortgage was recently retained.

4.    No other extensions of time have been previously requested of the Court by Rocket Mortgage in this case.

5.    Because good cause has been shown, the Parties respectfully request that the Court enter this Joint Stipulation for Extension.

WHEREFORE, the Parties respectfully request that the Court enter this Stipulation and that Defendant be granted leave to respond to the Complaint up to and including July 27, 2026, and that the Court grant any further relief that is just.

Dated:  June 26, 2026                    Respectfully submitted,

By: */s/ Sean M. Craig*
Sean M. Craig (PA I.D. 331672)
TROUTMAN PEPPER LOCKE LLP
3000 Two Logan Square
Eighteenth and Arch Streets
Philadelphia, PA 19103-2799
(215) 981-4000 (Telephone)
(215) 754-4750 (Fax)
Sean.Craig@Troutman.com

*Attorneys for Defendant Rocket Mortgage LLC d/b/a Mr. Cooper*

By: */s/Geoffrey H. Baskerville*
Mark D. Mailman, Esq.
Geoffrey H. Baskerville, Esq.
FRANCIS & MAILMAN SOUMILAS P.C.
1600 Market Street, Suite 2510
Philadelphia, PA 19103
(215) 735-8600
gbaskerville@consumerlawfirm.com

*Attorneys for Plaintiff Jamila Stinson*

**SO ORDERED:**

Date: _____, 2026                  _____
                                          HONORABLE MARK A. KEARNEY
                                          United States District Judge for the Eastern District
                                          of Pennsylvania

**<u>CERTIFICATE OF SERVICE</u>**

I hereby certify that on this 26th day of June 2026, I electronically filed the foregoing *Joint Stipulation for Extension to Respond to Complaint* with the Clerk of the Court using the CM/ECF system, which will then send a notification of such filing to all counsel of record.

By: */s/ Sean M. Craig*
Sean M. Craig (PA I.D. 331672)

4